IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ASPIRATION INNOVATION, INC.,<br><br>　　　　Plaintiff,<br>v.<br>FORD MOTOR COMPANY.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:22-CV-00112-MJT |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Aspiration Innovation, Inc. ("Plaintiff") and Defendant Ford Motor Company ("Defendant") have resolved Plaintiff's claims for relief against Defendant.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

September 14, 2022                                    Respectfully submitted,

/s/ *Kirk J. Anderson*                                /s/ *Michael S. Connor*

**ATTORNEY FOR PLAINTIFF**                **ATTORNEY FOR DEFENDANT**

Kirk. J. Anderson (SBN 289043)            Michael S. Connor (NC Bar No. 16152)
kanderson@budolaw.com                     ALSTON & BIRD LLP
BUDO LAW, P.C.                            101 South Tryon Street, Suite 4000
5610 Ward Rd., Suite #300                 Charlotte, NC 28280-4000
Arvada, CO 80002                          Phone: (704) 444-1000
(720) 225-9440 (Phone)                    Fax: (704) 444-1111
(720) 225-9331 (Fax)                      Email: mike.connor@alston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ASPIRATION INNOVATION, INC., <br><br>   Plaintiff, <br>v. <br>FORD MOTOR COMPANY, <br><br>   Defendants. | CIVIL ACTION NO. 1:22-CV-00112-MJT |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Aspiration Innovation, Inc. ("Plaintiff") and Defendant Ford Motor Company ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.