IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ASPIRATION INNOVATION, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | CIVIL ACTION NO. 1:22-CV-00112 |
| V. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| FORD MOTOR COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 15].  The Parties are seeking a dismissal with prejudice as to Plaintiff's claims against Defendant in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 15th day of September, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge